AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| TRINITY WALL STREET, | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **14 - 405** |
| WAL-MART STORES, INC., | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wal-Mart Stores, Inc.
c/o The Corporation Trust Company
The Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joel Friedlander, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: APR 0 1 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No. 14-405

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* WAL-MART STORES, INC.
was received by me on *(date)* 4/1/14

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (process agent), who is designated by law to accept service of process on behalf of *(name of organization)* WAL-MART STORES, INC. C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801 (AS THE REGISTERED AGENT) on *(date)* 4/1/14

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 4/1/14

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMINGTON, DE 19899
302-475-2600
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT, MOTION FOR
PRELIMINARY INJUNCTION & TEMPORARY RESTRAINING
ORDER, MEMORANDUM OF LAW & DECLARATION OF
STACY BRAMDON