IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRINITY WALL STREET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-405-LPS |
| v. | ) |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

[PROPOSED] FINAL JUDGMENT

This action, having come before the Court, Honorable Leonard P. Stark, District Judge presiding, the issues having been heard and a decision having been rendered:

IT IS HEREBY ORDERED AND ADJUDGED this 8th day of December, 2014, for the reasons set forth in the Court's Memorandum Opinion ("Opinion") dated November 26, 2014 (D.I. 65), that:

1. Judgment shall be entered in favor of plaintiff Trinity Wall Street ("Trinity") and against Wal-Mart Stores, Inc. ("Wal-Mart") on Count I of the Verified Amended Complaint (D.I. 32). The Court declares that Trinity's proposal "should not have been excluded from Wal-Mart's 2014 proxy materials." (D.I. 65 at 2);

2. Wal-Mart is permanently enjoined from excluding Trinity's proposal from Wal-Mart's 2015 proxy materials, on the grounds addressed in the Court's Opinion, provided Trinity makes a proposal not materially dissimilar from Trinity's 2014 proposal and complies with all other requirements;

3. Judgment shall be entered on Count II of the Verified Amended Complaint (D.I. 32) in favor of Wal-Mart and against Trinity on the grounds that Count II is unripe;

4. The Court retains jurisdiction for purposes of future proceedings, including for purposes of adjudicating any motions for costs and fees;

5. Any motions under Fed. R. Civ. P. 54(d) shall be filed between one and 14 days after entry of a final ruling on any appeal of this Final Judgment or between 31 and 45 days after entry of this Final Judgment if no appeal is taken.

SO ORDERED, this 8th day of December, 2014.

_____
The Hon. Leonard P. Stark, Chief Judge