**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRINITY WALL STREET, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 14-405-LPS |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT WAL-MART STORES, INC.'S NOTICE OF APPEAL**

Notice is hereby given that Wal-Mart Stores, Inc. ("Wal-Mart"), defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered by this Court on December 8, 2014 (D.I. 68) (the "Final Judgment"), and from any and all adverse rulings incorporated in, antecedent to, or ancillary to the Final Judgment, including this Court's Memorandum Opinion and Order dated November 26, 2014 (D.I 65 and D.I. 66).

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Adam H. Offenhartz
Aric H. Wu
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
(212) 351-4000

Dated:  December 16, 2014
1175425

By: */s/ Philip A. Rovner*
     Philip A. Rovner (#3215)
     Matthew E. Fischer (#3092)
     Hercules Plaza
     P.O. Box 951
     Wilmington, DE  19899
     (302) 984-6000
     provner@potteranderson.com
     mfischer@potteranderson.com

*Attorneys for Defendant
Wal-Mart Stores, Inc.*